Michael S. Agruss (SBN: 259567)
AGRUSS LAW FIRM, LLC
22 W. Washington Street, Suite 1500
Chicago, IL 60602
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
**Attorney for Plaintiff,**
**CECILIA SAAVEDRA**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CECILIA SAAVEDRA, <br><br> Plaintiff, <br> v. <br><br> GC SERVICES, LP, <br><br> Defendant. | ) <br> ) <br> ) **Case No.: 3:13-cv-05154-JCS** <br> ) <br> ) **VOLUNTARY DISMISSAL** <br> ) <br> ) <br> ) <br> ) <br> ) |

## **VOLUNTARY DISMISSAL**

Plaintiff, CECILIA SAAVEDRA, through Agruss Law Firm, LLC, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, GC SERVICES, LP.

RESPECTFULLY SUBMITTED,

DATED:  December 16, 2013        AGRUSS LAW FIRM, LLC


By: /s/ Michael S. Agruss
    Michael S. Agruss
    Attorney for Plaintiff

1

**PROOF OF SERVICE**

I, Michael S. Agruss, state the following:

I am employed in Chicago, Illinois.  I am over the age of 18, and am not a party to this action. My business address is 22 W. Washington Street, Suite 1500, Chicago, IL 60602.  On December 16, 2013, I served the following documents:

**VOLUNTARY DISMISSAL**

On the parties listed below:

Todd P. Stelter
tstelter@hinshawlaw.com
Hinshaw & Culbertson, LLP
222 North LaSalle Street
Suite 300
Chicago, IL 60601
Telephone: (312) 704-3966
**Attorney for Defendant**
**GC Services, LP**

By the following means of service:

[X]   **BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically to the e-mail address(es) listed above.  I am readily familiar with the firm's Microsoft Outlook e-mail system, and the transmission was reported as complete, without error.

[X]   **FEDERAL:** I declare under penalty of perjury under the laws of Illinois that the above is true and correct.

Executed on December 16, 2013, in Chicago, Illinois.

By:____/s/ Michael S. Agruss_____
        Michael S. Agruss